```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 07194
  SCOTT P SOCHA
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6786


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/20/06 and confirmed on 08/16/06.

   2.  The case was dismissed after confirmation, 05/30/2008.

   3.  The Debtor paid a total of $  36800.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
HOMEQ SERVICING CORP       CURRENT MORTG      26995.64         .00        26995.64
HOMEQ SERVICING CORP       MORTGAGE ARRE      18321.18         .00         5003.78
CITIFINANCIAL              SECURED              500.00        7.69          500.00
ROUNDUP FUNDING LLC        UNSECURED           3795.49         .00           70.00
ECAST SETTLEMENT CORP      SECURED              100.00         .32          100.00
B LINE LLC                 UNSECURED           7188.74         .00             .00
ROUNDUP FUNDING LLC        UNSECURED            597.26         .00             .00
DISCOVER BANK              UNSECURED           2294.92         .00             .00
FORD MOTOR CREDIT CORP     UNSECURED          18196.37         .00             .00
ILLINOIS DEPT OF HUMAN S   UNSECURED         NOT FILED         .00             .00
NICOR GAS                  UNSECURED         NOT FILED         .00             .00
OAK TRUST CREDIT UNION     UNSECURED           3000.00         .00             .00
SBC AMERITECH              UNSECURED         NOT FILED         .00             .00
VALUE CITY                 UNSECURED         NOT FILED         .00             .00
WELLS FARGO FINANCIAL AC   UNSECURED          11176.90         .00             .00
ROUNDUP FUNDING LLC        NOTICE ONLY            .00          .00             .00
ECAST SETTLEMENT CORP      UNSECURED           1383.29         .00             .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  45916.82         .00     47632.97         .00        93549.79
PRINCIPAL PAID      32599.42         .00        70.00         .00        32669.42
INTEREST PAID           8.01         .00          .00         .00            8.01
TOTAL PAID          32607.43         .00        70.00         .00        32677.43
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $   200.00  direct and $   2800.00  through the plan.

The Trustee received $   1322.57 .

Refunds to the Debtor totaled $       .00 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 08/20/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 06 B 07194 SCOTT P SOCHA